# United States District Court E-Filing

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> vs. ) <br> ELDO ZAMAGO ) | Docket Number: CR 05-00180-01 MMC |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __January 11, 2006, at 2:30 p.m.__ be continued until __January 18, 2006__ at __2:30 p.m.__ .

Date: __DEC 2 0 2005__

The Honorable Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04