KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00180 MMC |
| Plaintiff, ) | **REQUEST AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| v. ) | |
| ELDO ZAMAGO, ) | Hearing: February 15, 2006<br>Time: 2:30 p.m.<br>Court: Hon. Maxine M. Chesney |
| Defendant. ) | |

    This matter was before the Court on January 18, 2006, for sentencing.  The sentencing was continued for the purpose of obtaining a transcript of the plea colloquy from October 18, 2005, and the Court ordered the government to order a copy of that transcript.  On January 27, 2006, the government ordered the transcript from the court reporter, Michael Shintaku.  Mr. Shintaku advised the government at that time that he was extremely back logged and that the transcript might take some time.  The government advised Mr. Shintaku that the next scheduled court date for the matter was February 15, 2006, and requested that Mr. Shintaku keep the

**Stipulation Continuing Sentencing**
**CR 05-00180 MMC**

government apprised of his progress.  Yesterday, February 8, 2006, the government called Mr. Shintaku, who informed the government that he can not have the transcript ready until February 27, 2006.

Undersigned government counsel represents that he spoke with defense counsel, Mr. Lefcourt, this morning and that Mr. Lefcourt has no objection to continuing the sentencing date based upon the unavailability of the transcript.  Mr. Lefcourt was out of his office and in an effort to submit this to the Court as soon as possible, his signature was not requested for a stipulation. Mr. Lefcourt's assistant indicated he could be available March 15 or 22, 2006, with March 22 being the better day, as he has a matter scheduled in another court on the morning of March 15. Undersigned government counsel has oral argument scheduled before the Ninth Circuit on the morning of March 15 and is currently scheduled to be in trial before the Honorable Vaughn R. Walker the week of March 20, 2006.  In the event the Court chooses to re-schedule this matter for March 15 or 22, alternative government counsel will appear in the undersigned's stead if necessary.  Alternatively, unless counsel hear otherwise or if the Court so orders, counsel will appear before the Court as scheduled on February 15, 2006.

DATED: February 9, 2006           Respectfully submitted,

                                  KEVIN V. RYAN
                                  United States Attorney


                                  _____/s/_____
                                  JEFFREY R. FINIGAN
                                  Assistant United States Attorney


### ORDER

Good cause appearing, the sentencing hearing is continued to March 22, 2006, at 2:30 p.m.

IT IS SO ORDERED.

Dated: February 13, 2006

_____
UNITED STATES DISTRICT JUDGE

**Stipulation Continuing Sentencing**
**CR 05-00180 MMC**                    2