**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELDO ZAMAGO,<br><br>　　　　Defendant<br>　　　　　　　　　　　　　　　　　／ | No. CR-05-0180 MMC<br><br>**ORDER DIRECTING UNITED STATES AND COUNSEL FOR DEFENDANT TO RESPOND TO DEFENDANT'S LETTER FILED APRIL 17, 2008** |

On April 17, 2008, defendant Eldo Zamago filed in propria persona a letter in which he states his "sentence involves 'crack-cocaine'" and seeks "information" as to whether he is entitled to a "reduction on [his] sentence." To date, neither the United States or counsel for defendant, V. Roy Lefcourt, has filed a response to defendant's request.

Accordingly, the United States and counsel for defendant are each hereby DIRECTED to file, no later than December 19, 2008, a response to the above-referenced letter. Should one or both parties believe a hearing on the matter is necessary, the parties should meet and confer and select a hearing date.

**IT IS SO ORDERED.**

Dated: December 2, 2008

_____
MAXINE M. CHESNEY
United States District Judge